

RECEIVED
IN LAKE CHARLES, LA

JUL 13 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IN RE CAMERON PARISH RITA LITIGATION AGAINST STATE FARM | : | DOCKET NO. 2:07-MD-01 |
| | : | JUDGE MINALDI |
| | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, IT IS ORDERED that the Motions for Partial Summary Judgment on the Inapplicability of NFIP Offset [doc. 5] and Invalidity of Anti-Concurrent Clause [doc. 7] filed by the plaintiffs are hereby GRANTED. The plaintiffs' Motion for Partial Summary Judgment on Application of the Valued Policy Law [doc. 8] is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 13 day of June, 2007

PATRICIA MINALDI
UNITED STATES DISTRICT COURT